EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Periodo de exoneración para el pago de multas por cumplimiento tardío establecidas al amparo del Reglamento del Programa de Educación Jurídica Continua | 2017 TSPR 114<br><br>198 DPR ____ |

Número del Caso: EM-2017-4

Fecha:   16 de junio de 2017

Materia:   Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

*In re*:

Periodo de exoneración para el          EM-2017-04
pago de multas por cumplimiento
tardío establecidas al amparo
del Reglamento del Programa de
Educación Jurídica Continua

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de junio de 2017.

En el 1998, este Tribunal estableció un programa de educación jurídica continua obligatorio, el cual ha sido modificado a través de los años. Véase In re Aprobación del Reglamento del Programa de Educación Jurídica Continua, ER-2017-4 de 2 de junio de 2017; In re Enmdas. R. Educ. Jur. Cont., 193 DPR 233 (2015); In re Aprobación Regl. Prog. Educ. Jur., 164 DPR 555 (2005); In re Regl. Educ. Jur. Cont., 146 DPR 494 (1998). Mediante ese programa se propicia el cumplimiento de los y las profesionales del Derecho con el deber ético de mantener un alto grado de excelencia y competencia en el ejercicio de su profesión. En lo pertinente, el mismo exige que toda persona admitida al ejercicio de la profesión legal cumpla con una cantidad mínima de veinticuatro (24) horas crédito de educación jurídica continua dentro de un periodo determinado. Además, dispone una multa de cumplimiento tardío cuando un abogado o abogada no completa los créditos dentro del término aplicable.

Según datos provistos por la Junta de Educación Jurídica Continua (Junta), hay una cantidad inaceptable de profesionales del Derecho que se encuentran en incumplimiento con el Programa de Educación Jurídica Continua (Programa) y que adeudan pagos en concepto de multas por cumplimiento tardío.

En aras de propiciar el cumplimiento adecuado con los requisitos mínimos de educación jurídica continua, se dispone un periodo de exoneración de un (1) año para el pago de multas por cumplimiento tardío emitidas por el Programa, a comenzar el 1 de julio de 2017 hasta el 30 de junio de 2018. A partir de la entrada en vigor de la exoneración, se suspenderá temporalmente para todos los profesionales del Derecho la obligación de satisfacer las multas por cumplimiento tardío adeudadas por periodos vencidos o que venzan durante el periodo de exoneración.

Durante dicho periodo los profesionales del Derecho que se encuentren en incumplimiento deberán satisfacer el total de horas créditos de educación jurídica continua adeudadas para todos sus periodos, incluyendo aquellos cuyo vencimiento ocurra durante el periodo de exoneración. Transcurrido este año, el Programa iniciará una evaluación del cumplimiento de cada uno de los profesionales del Derecho y determinará las instancias en las que se cumplió oportuna y satisfactoriamente con el total de horas crédito adeudadas para todos los periodos vencidos en o antes de culminado el plazo de exoneración.

El Programa condonará de manera definitiva la deuda por concepto de multas por cumplimiento tardío a todo aquel profesional del Derecho que haya evidenciado satisfactoriamente, y dentro del término establecido, su cumplimiento con los periodos vencidos dentro del año. En aquellas ocasiones en las que el Programa determine que no se evidenció oportuna y satisfactoriamente el cumplimiento, se restablecerá inmediatamente la obligación de pagar lo adeudado en multas por cumplimiento tardío y la Junta procederá a referir el caso ante la consideración de este Tribunal.

Notifíquese por correo electrónico al Director Ejecutivo del Programa de Educación Jurídica Continua y al Director de Prensa de la Oficina de Administración de los Tribunales.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Juan Ernesto Dávila Rivera
                              Secretario del Tribunal Supremo